## FORD MOTOR CO. ET AL. v. McCAULEY ET AL.

No. 01–896.   Argued October 7, 2002—Decided October 15, 2002

*Seth P. Waxman* argued the cause for petitioners.   With him on the briefs were *Walter E. Dellinger, John H. Beisner, Brian P. Brooks, Jonathan D. Hacker, Christopher R. Lipsett,* and *Bruce M. Berman.*

*Steve W. Berman* argued the cause for respondents.   With him on the brief were *Roger W. Kirby, James G. Lewis,* and *Russell J. Drake.* *

---

*Briefs of *amici curiae* urging reversal were filed for the United States by *Solicitor General Olson, Assistant Attorney General McCallum, Deputy Solicitor General Clement, Barbara McDowell, Barbara C. Biddle,* and *Thomas M. Bondy;* for the Chamber of Commerce of the United States of America by *Evan M. Tager, David M. Gossett,* and *Robin S. Conrad;* for the Business Roundtable by *Bruce E. Clark;* for the National Association of Manufacturers by *Carter G. Phillips, Gene C. Schaerr, Paul J. Zidlicky, Michael S. Lee, Jan S. Amundson,* and *Quentin Riegel;* for the Pharmaceutical Research and Manufacturers of America by *David Klingsberg, Thomas A. Smart,* and *Mark S. Popofsky;* for the Product Liability Advisory Council by *Theodore J. Boutrous, Jr.;* and for State

1

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*

Farm Mutual Automobile Insurance Co. by *Sheila L. Birnbaum, Douglas W. Dunham,* and *Ellen P. Quackenbos.*

Briefs of *amici curiae* urging affirmance were filed for the Association of Trial Lawyers of America by *Jeffrey Robert White* and *Laura C. Tharney;* and for Trial Lawyers for Public Justice by *Roger L. Mandel, Marc R. Stanley, Mark A. Chavez, Arthur Bryant,* and *Michael Quirk.*